**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Mohammad**<br>First name<br><br>**H.**<br>Middle name<br><br>**Ardehali**<br>Last name and Suffix (Sr., Jr., II, III) | **Maliheh**<br>First name<br><br>**M.**<br>Middle name<br><br>**Ardehali**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0384 | xxx-xx-8075 |

Debtor 1    **Mohammad H. Ardehali**
Debtor 2    **Maliheh M. Ardehali**

Case number *(if known)*

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

■ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**1825 Fox Mead Circle**
**Montgomery, IL 60538**
Number, Street, City, State & ZIP Code

**Kendall**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Mohammad H. Ardehali**

Debtor 2   **Maliheh M. Ardehali**

Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.

■ Yes.

| District | **N.D. Illinois** | When | **6/27/16** | Case number | **16-20796** |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1   **Mohammad H. Ardehali**
Debtor 2   **Maliheh M. Ardehali**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☑ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____

_____

Number, Street, City, State & Zip Code

---

Debtor 1   **Mohammad H. Ardehali**
Debtor 2   **Maliheh M. Ardehali**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Mohammad H. Ardehali**
Debtor 2   **Maliheh M. Ardehali**

Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

■ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Mohammad H. Ardehali**                      **/s/ Maliheh M. Ardehali**
_____                    _____
**Mohammad H. Ardehali**                          **Maliheh M. Ardehali**
Signature of Debtor 1                             Signature of Debtor 2

Executed on   **July 14, 2017**                  Executed on   **July 14, 2017**
            MM / DD / YYYY                                    MM / DD / YYYY

| Debtor 1 | **Mohammad H. Ardehali** |
| Debtor 2 | **Maliheh M. Ardehali** |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ David P. Lloyd** _____   Date   **July 14, 2017** _____
Signature of Attorney for Debtor                                                      MM / DD / YYYY

**David P. Lloyd** _____
Printed name

**David P. Lloyd, Ltd.** _____
Firm name

**615B S. LaGrange Rd.**
**La Grange, IL 60525** _____
Number, Street, City, State & ZIP Code

Contact phone   **708-937-1264** _____   Email address   **info@davidlloydlaw.com** _____

**6183542** _____
Bar number & State

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mohammad H. Ardehali** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Maliheh M. Ardehali** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|

| **1** | **American Express Blue**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | What is the nature of the claim?   open account | $ **$19,729.00** |
|---|---|---|---|
| | | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | |
| | Contact<br><br>Contact phone | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)   $<br>Value of security:   - $<br>Unsecured claim   $ | |

| **2** | **American Express Centurion**<br>**Bank**<br>**c/o Zwicker & Assoc., P.C.**<br>**7366 N. Lincoln Ave., Ste. 102**<br>**Lincolnwood, IL 60712** | What is the nature of the claim?   Judgment entered | $ **$5,166.08** |
|---|---|---|---|
| | | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | |
| | Contact | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)   $<br>Value of security:   - $ | |

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Mohammad H. Ardehali** | | |
|---|---|---|---|
| Debtor 2 | **Maliheh M. Ardehali** | Case number *(if known)* | |

| Contact phone | | Unsecured claim | $ |
|---|---|---|---|

---

**3**

**Associated Bank Premier Line**
**PO Box 8872**
**Carol Stream, IL 60197**

**What is the nature of the claim?**   <u>Money loaned</u>   $ **$28,259.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact

Contact phone

---

**4**

**Bank of America**
**P.O. Box 851001**
**Dallas, TX 75285-1001**

**What is the nature of the claim?**   <u>open account</u>   $ **$51,754.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact

Contact phone

---

**5**

**Brian Collins Heating & Air**
**10603 Bencie Lane**
**West Frankfort, IL 62896**

**What is the nature of the claim?**   <u>open account</u>   $ **$14,400.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact

Contact phone

---

**6**

**Chase**
**PO Box 78035**
**Phoenix, AZ 85062-8035**

**What is the nature of the claim?**   <u>open account</u>   $ **$36,500.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Mohammad H. Ardehali** | | |
|---|---|---|---|
| Debtor 2 | **Maliheh M. Ardehali** | | Case number *(if known)* |

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)     $ _____

         Value of security:    - $ _____

         Unsecured claim      $ _____

Contact

Contact phone

---

**7**

**Chase Bank USA**
**PO Box 15123**
**Wilmington, DE 19850-5123**

**What is the nature of the claim?**    open account    $ **$11,407.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)     $ _____

         Value of security:    - $ _____

         Unsecured claim      $ _____

Contact

Contact phone

---

**8**

**Dave Andrews, Andrews**
**Construction**
**c/o Barbara L. Woodcock,**
**Attorney**
**905 N. Ct. St.**
**Marion, IL 62959-1631**

**What is the nature of the claim?**    open account    $ **$9,622.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)     $ _____

         Value of security:    - $ _____

         Unsecured claim      $ _____

Contact

Contact phone

---

**9**

**Delta Management Assoc., Inc.**
**PO Box 9191**
**Chelsea, MA 02150-9191**

**What is the nature of the claim?**    Student loan    $ **$9,554.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)     $ _____

         Value of security:    - $ _____

         Unsecured claim      $ _____

Contact

Contact phone

---

**10**

**What is the nature of the claim?**    co-signor on foreclosure    $ **$37,000.00**

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Mohammad H. Ardehali**
Debtor 2    **Maliheh M. Ardehali**                                                    Case number *(if known)*

**518 Hankes Ave.,**
**Aurora, IL**

**Diana Ardehali**
**1825 Fox Medd Cir.**
**Montgomery, IL 60538**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact                                        ☐ Yes. Total claim (secured and unsecured)    $
                                                  Value of security:    - $
Contact phone                                     Unsecured claim    $

---

**11**    **FIA Card Services - Regions**    What is the nature of the claim?    **open account**    $ **$8,957.00**
         **P.O. Box 851001**
         **Dallas, TX 75285-1001**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact                                        ☐ Yes. Total claim (secured and unsecured)    $
                                                  Value of security:    - $
Contact phone                                     Unsecured claim    $

---

**12**    **First Bank Loan Servicing**    What is the nature of the claim?    **money loaned**    $ **$94,105.00**
         **PO Box 790269**
         **Saint Louis, MO 63179-0269**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact                                        ☐ Yes. Total claim (secured and unsecured)    $
                                                  Value of security:    - $
Contact phone                                     Unsecured claim    $

---

**13**    **Franklin County Treasurer**    What is the nature of the claim?    **various addresses**    $ **$88,582.00**
         **PO Box 967**
         **Benton, IL 62812**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Mohammad H. Ardehali** |
|---|---|
| Debtor 2 | **Maliheh M. Ardehali** |

Case number *(if known)* _____

---

| | | |
|---|---|---|
| | ☐ No | |
| Contact | ■ Yes. Total claim (secured and unsecured) | $ **$88,582.00** |
| | Value of security: | - $ **Unknown** |
| Contact phone | Unsecured claim | $ **$88,582.00** |

---

**14**

**Linda Ardehali**
**825 N. Hudson, #2c**
**Chicago, IL 60610**

**What is the nature of the claim?**   open accoun   $ $73,664.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact ☐ Yes. Total claim (secured and unsecured) $ _____

Value of security: - $ _____

Contact phone Unsecured claim $ _____

---

**15**

**Lowe's/Synchrony Bank**
**PO Box 530914**
**Atlanta, GA 30353-0914**

**What is the nature of the claim?**   open accounts   $ $5,978.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact ☐ Yes. Total claim (secured and unsecured) $ _____

Value of security: - $ _____

Contact phone Unsecured claim $ _____

---

**16**

**MBNA America N.A.**
**Bank of America**
**PO Box 851001**
**Dallas, TX 75285-1001**

**What is the nature of the claim?**   open account   $ $16,354.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact ☐ Yes. Total claim (secured and unsecured) $ _____

Value of security: - $ _____

Contact phone Unsecured claim $ _____

---

**17**

**What is the nature of the claim?**   **Utilities for 518 Hankes, Units A & B, Aurora, IL**   $ $6,613.00

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Mohammad H. Ardehali** |
|----------|--------------------------|
| Debtor 2 | **Maliheh M. Ardehali** |

Case number (if known) _____

---

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197-5407**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**18**

**PNC Bank**
**PO Box 5570**
**Cleveland, OH 44101**

**What is the nature of the claim?**    **1825 Fox Medd Circle**   $ **$10,689.00**
**Montgomery, IL 60538**
**Kendall County**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$119,204.00**
      Value of security:    - $ **$340,000.00**
      Unsecured claim    $ **$10,689.00**

Contact _____

Contact phone _____

---

**19**

**PNC Bank - Visa**
**c/o SRA Associates, Inc.**
**401 Minnetonka Rd.**
**Hi Nella, NJ 08083**

**What is the nature of the claim?**    **open account**   $ **$6,669.97**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**20**

**Trevor Pauling Association**
**Bldg 109, Harbor Dr.**
**Oswego, IL 60543**

**What is the nature of the claim?**    **103 Harbor Drive**   $ **$4,500.00**
**Oswego, IL 60543**
**Kendall County for**
**bldg 103**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Mohammad H. Ardehali** | | |
|---|---|---|---|
| Debtor 2 | **Maliheh M. Ardehali** | | Case number *(if known)* |

■    None of the above apply

**Does the creditor have a lien on your property?**

☐    No

■    Yes. Total claim (secured and unsecured)    $ **$5,400.00**

Value of security:    - $ **$201,000.00**

_____    Contact

_____    Contact phone

Unsecured claim    $ **$4,500.00**

---

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Mohammad H. Ardehali**    X    **/s/ Maliheh M. Ardehali**

**Mohammad H. Ardehali**    **Maliheh M. Ardehali**
Signature of Debtor 1    Signature of Debtor 2

Date    **July 14, 2017**    Date    **July 14, 2017**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mohammad H. Ardehali** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Maliheh M. Ardehali** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
   amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of the collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1  Associated Bank Loan Svs Dpt.**
Creditor's Name

PO Box 8879
Carol Stream, IL
60197-8879

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

| Rt 59 and Lee Rd. West Chicago, IL 60185  DuPage County |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

| $19,399.49 | $50,000.00 | $0.00 |
|---|---|---|

Date debt was incurred _____     Last 4 digits of account number _____

**2.2  Caliber Home Loans, Inc.**
Creditor's Name

P.O. Box 619063
Dallas, TX 75261-9063

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

| 103 Harbor Drive Oswego, IL 60543 Kendall County |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

| $250,000.00 | $201,000.00 | $0.00 |
|---|---|---|

Date debt was incurred _____     Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **Mohammad H. Ardehali**                                      Case number (if know) _____
First Name       Middle Name          Last Name

Debtor 2  **Maliheh M. Ardehali**
First Name       Middle Name          Last Name

---

| 2.3 | **DuPage County Assessor's Office** | | | | |

Creditor's Name

**Describe the property that secures the claim:**

| Unknown | Unknown | Unknown |

**421 N. County Farm Rd.
Wheaton, IL 60187**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Real estate taxes owed**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.4 | **First Bank Loan Servicing** | | | $9,376.00 | $37,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**404 S. Dorris West Frankfort, IL 62896  Franklin County**

**PO Box 790269
Saint Louis, MO
63179-0269**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage-one loan on three properties**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.5 | **First Bank Loan Servicing** | | | $9,376.00 | $32,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**1302 E. Seventh St. West Frankfort, IL 62896  Franklin County**

**PO Box 790269
Saint Louis, MO
63179-0269**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage-one loan on three properties**

Date debt was incurred _____   Last 4 digits of account number _____

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 17

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1   **Mohammad H. Ardehali**
　　　　　First Name　　　Middle Name　　　Last Name

Debtor 2   **Maliheh M. Ardehali**
　　　　　First Name　　　Middle Name　　　Last Name

Case number (if know) _____

---

| 2.6 | **First Bank Loan Servicing** | | | Describe the property that secures the claim: | $9,376.00 | $42,000.00 | $0.00 |

Creditor's Name

**203 N. Douglas West Frankfort, IL 62896  Franklin County**

**PO Box 790269
Saint Louis, MO
63179-0269**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage-one loan on three properties**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.7 | **First National Bank** | | Describe the property that secures the claim: | $231,485.00 | $340,000.00 | $0.00 |

Creditor's Name

**1825 Fox Medd Circle Montgomery, IL 60538  Kendall County**

**PO Box 3803
Omaha, NE 68103-0803**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **First Mortgage**

Date debt was incurred _____   Last 4 digits of account number   **4326**

---

| 2.8 | **First National Bank** | | Describe the property that secures the claim: | $72,678.00 | $95,000.00 | $0.00 |

Creditor's Name

**1231 W. Lincoln Hwy. Dekalb, IL 60511  DeKalb County**

**PO Box 3803
Omaha, NE 68103-0803**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage-one loan on two properties**

Date debt was incurred _____   Last 4 digits of account number _____

---

Official Form 106D　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　page  3 of 17

Debtor 1   **Mohammad H. Ardehali**
          First Name          Middle Name          Last Name

Case number (if know) _____

Debtor 2   **Maliheh M. Ardehali**
          First Name          Middle Name          Last Name

---

| 2.9 | **First National Bank** | Describe the property that secures the claim: | $72,678.00 | $135,000.00 | $0.00 |

Creditor's Name

> **417 N. West St. Plano, IL 60545**
> **Kendall County**

**PO Box 3803**
**Omaha, NE 68103-0803**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage-one loan on two properties**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.1 0 | **Franklin County Treasurer** | Describe the property that secures the claim: | $88,582.00 | Unknown | $88,582.00 |

Creditor's Name

> **various addresses**

**PO Box 967**
**Benton, IL 62812**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Real estate taxes owed**

Date debt was incurred   **2012**   Last 4 digits of account number   **various**

---

| 2.1 1 | **Kendall County Assessor's Office** | Describe the property that secures the claim: | $2,869.00 | Unknown | $0.00 |

Creditor's Name

> **various addresses**

**111 W. Fox Street**
**Yorkville, IL 60560**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Real estate taxes owed**

Date debt was incurred _____   Last 4 digits of account number   **various**

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 17

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Mohammad H. Ardehali**
     First Name       Middle Name        Last Name

Case number (if know) _____

Debtor 2  **Maliheh M. Ardehali**
     First Name       Middle Name        Last Name

---

| 2.1 2 | **Lando Resorts Corp** | | $15,728.28 | $30,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Time share-1 week/year: Vacation Village at Parkway 2949 Arabian Nights Blvd. Kissimmee, FL 34747**

**2626 E. Oakland Park Fort Lauderdale, FL 33306**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number **6050**

---

| 2.1 3 | **Lando Resorts Corp** | | $7,500.00 | $15,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Time share-1 week/2 years: Vacation Village at Parkway 2949 Arabian Nights Blvd. Kissimmee, FL 34747**

**2626 E. Oakland Park Fort Lauderdale, FL 33306**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number **1009**

---

| 2.1 4 | **PNC Bank** | | $119,204.00 | $340,000.00 | $10,689.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**1825 Fox Medd Circle Montgomery, IL 60538  Kendall County**

**PO Box 5570 Cleveland, OH 44101**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     **Second Mortgage**

---

Debtor 1  **Mohammad H. Ardehali**
　　　　 First Name　　　　 Middle Name　　　　 Last Name

Case number (if know)

Debtor 2  **Maliheh M. Ardehali**
　　　　 First Name　　　　 Middle Name　　　　 Last Name

| Date debt was incurred | Last 4 digits of account number | **6271** |
|---|---|---|

---

| 2.1 5 | **Stadium View Condominium Assoc.** | Describe the property that secures the claim: | $4,474.83 | $95,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1231 W. Lincoln Hwy. Dekalb, IL 60511  DeKalb County**

**PO Box 121
North Aurora, IL 60542**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Association lien for #14**

| Date debt was incurred | Last 4 digits of account number | |
|---|---|---|

---

| 2.1 6 | **State Bank of Whittington SBW** | Describe the property that secures the claim: | $26,052.00 | $35,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1601 E. St. Louis West Frankfort, IL 62896  Franklin County**

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Mortgage**

| Date debt was incurred | Last 4 digits of account number | |
|---|---|---|

---

| 2.1 7 | **State Bank of Whittington SBW** | Describe the property that secures the claim: | $26,052.00 | $35,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**701 E. Oak Street West Frankfort, IL 62896  Franklin County**

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Mohammad H. Ardehali**

First Name            Middle Name            Last Name

Case number (if know) _____

Debtor 2  **Maliheh M. Ardehali**

First Name            Middle Name            Last Name

☐ **Check if this claim relates to a**
**community debt**

■ **Other (including a right to offset)**   **Mortgage**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.1 8 | **State Bank of Whittington SBW** | | | |
|---|---|---|---|---|

**State Bank of Whittington SBW**

Creditor's Name

**200 N. Main Street**
**Benton, IL 62812**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a**
**community debt**

**Describe the property that secures the claim:**     $15,358.00     $21,000.00     $0.00

**116 S. Emm Street West Frankfort,**
**IL 62896  Franklin County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.1 9 | **State Bank of Whittington SBW** | | | |
|---|---|---|---|---|

**State Bank of Whittington SBW**

Creditor's Name

**200 N. Main Street**
**Benton, IL 62812**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a**
**community debt**

**Describe the property that secures the claim:**     $15,039.00     $33,000.00     $0.00

**600 E. Oak Street West Frankfort, IL**
**62896  Franklin County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.2 0 | **State Bank of Whittington SBW** | | | |
|---|---|---|---|---|

**State Bank of Whittington SBW**

Creditor's Name

**200 N. Main Street**
**Benton, IL 62812**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Describe the property that secures the claim:**     $15,039.00     $34,000.00     $0.00

**204 N. Stuyvesant Benton, IL 62812**
**Franklin County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 7 of 17

Debtor 1   **Mohammad H. Ardehali**
First Name   Middle Name   Last Name

Case number (if know) _____

Debtor 2   **Maliheh M. Ardehali**
First Name   Middle Name   Last Name

☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.2 1 | **State Bank of Whittington SBW** | | $16,328.00 | $3,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**712 Sheridan Benton, IL 62812
Franklin County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.2 2 | **State Bank of Whittington SBW** | | $16,328.00 | $33,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**1609 E. Poplar West Frankfort, IL
62896  Franklin County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.2 3 | **State Bank of Whittington SBW** | | $16,328.00 | $47,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**1101 E. Public Sq. Benton, IL 62812
Franklin County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

---

Official Form 106D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 8 of 17

Debtor 1  **Mohammad H. Ardehali**

First Name        Middle Name        Last Name

Case number (if know) _____

Debtor 2  **Maliheh M. Ardehali**

First Name        Middle Name        Last Name

☐ Debtor 1 and Debtor 2 only                     ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another        ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a              ■ Other (including a right to offset)  **Mortgage**
   community debt

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.2 4 | **State Bank of Whittington SBW** | Describe the property that secures the claim: | $16,328.00 | $33,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1816 S.W. Road West Frankfort, IL 62896  Franklin County**

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only                          ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                              car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another   ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a          ☐ Judgment lien from a lawsuit
   community debt                          ■ Other (including a right to offset)  **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.2 5 | **State Bank of Whittington SBW** | Describe the property that secures the claim: | $15,358.00 | $36,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**512 N. Horn West Frankfort, IL 62896  Franklin County**

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only                          ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                              car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another   ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a          ☐ Judgment lien from a lawsuit
   community debt                          ■ Other (including a right to offset)  **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.2 6 | **State Bank of Whittington SBW** | Describe the property that secures the claim: | $15,358.00 | $38,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**202 W. St. Louis West Frankfort, IL 62896  Franklin County**

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Debtor 1 **Mohammad H. Ardehali**
First Name          Middle Name                Last Name

Case number (if know) _____

Debtor 2 **Maliheh M. Ardehali**
First Name          Middle Name                Last Name

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Mortgage**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.2 7 | **State Bank of Whittington SBW** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:** | $15,358.00 | $38,000.00 | $0.00

**228 E. Main Street West Frankfort, IL 62896  Franklin County**

**200 N. Main Street Benton, IL 62812**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Mortgage**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.2 8 | **State Bank of Whittington SBW** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:** | $15,358.00 | $45,000.00 | $0.00

**1201 E. Elm West Frankfort, IL 62896  Franklin County**

**200 N. Main Street Benton, IL 62812**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Mortgage**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.2 9 | **State Bank of Whittington SBW** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:** | $22,178.00 | $32,000.00 | $0.00

**1107 E. Grayson Benton, IL 62812 Franklin County**

**200 N. Main Street Benton, IL 62812**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Number, Street, City, State & Zip Code

---

Debtor 1    **Mohammad H. Ardehali**
            First Name        Middle Name        Last Name

Case number (if know) _____

Debtor 2    **Maliheh M. Ardehali**
            First Name        Middle Name        Last Name

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.30 | **State Bank of Whittington SBW** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $44,356.00 | $50,000.00 | $0.00 |

**200 N. Main Street Benton, IL 62812**
Number, Street, City, State & Zip Code

**200/206 E. Main Street 102/104 S. Emma West Frankfort, IL 62896 Franklin County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.31 | **State Bank of Whittington SBW** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $22,178.00 | $31,000.00 | $0.00 |

**200 N. Main Street Benton, IL 62812**
Number, Street, City, State & Zip Code

**724 E. Taylor Street Benton, IL 62812  Franklin County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.32 | **State Bank of Whittington SBW** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $22,178.00 | $37,000.00 | $0.00 |

**200 N. Main Street Benton, IL 62812**
Number, Street, City, State & Zip Code

**807 N. Commercial Benton, IL 62812 Franklin County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated

| Debtor 1 | **Mohammad H. Ardehali** | | Case number (if know) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Maliheh M. Ardehali** | | | |
| | First Name | Middle Name | Last Name | |

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.3 3 | **State Bank of Whittington SBW** | | $17,093.00 | $35,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

**505 W. 5th Street Benton, IL 62812 Franklin County**

**200 N. Main Street Benton, IL 62812**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.3 4 | **State Bank of Whittington SBW** | | $17,093.00 | $33,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

**108 S. Emma Street West Frankfort, IL 62896  Franklin County Property poses a threat to public safey. Parcel 1 and 2**

**200 N. Main Street Benton, IL 62812**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.3 5 | **State Bank of Whittington SBW** | | $17,093.00 | $32,000.00 | $0.00 |
|---|---|---|---|---|---|

**Describe the property that secures the claim:**

---

Debtor 1   **Mohammad H. Ardehali**
　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2   **Maliheh M. Ardehali**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (if know) _____

---

Creditor's Name

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

**1308 E. Main Street West Frankfort,
IL 62896  Franklin County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
    community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.3 6 | **State Bank of Whittington SBW** | | $17,093.00 | $35,000.00 | $0.00 |

Creditor's Name

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**222 E. Main Street West Frankfort, IL
62896  Franklin County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
    community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

| 2.3 7 | **State Bank of Whittington SBW** | | $17,093.00 | $55,000.00 | $0.00 |

Creditor's Name

**200 N. Main Street
Benton, IL 62812**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**206 W. Oak West Frankfort, IL 62896
Franklin County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
    community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred** _____   **Last 4 digits of account number** _____

---

Official Form 106D　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　page 13 of 17

Debtor 1    **Mohammad H. Ardehali**
　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if know) _____

Debtor 2    **Maliheh M. Ardehali**
　　　First Name　　　　　Middle Name　　　　　Last Name

---

| 2.38 | **State Bank of Whittington SBW** | | $14,215.00 | $28,000.00 | $0.00 |

**State Bank of Whittington SBW**
Creditor's Name

Describe the property that secures the claim:

**307 W. Yung Sesser, IL 62884
Franklin County**

**200 N. Main Street
Benton, IL 62812**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.39 | **State Bank of Whittington SBW** | | $14,215.00 | $27,000.00 | $0.00 |

**State Bank of Whittington SBW**
Creditor's Name

Describe the property that secures the claim:

**312 W. North Street Sesser, IL 62884
Franklin County**

**200 N. Main Street
Benton, IL 62812**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.40 | **State Bank of Whittington SBW** | | $14,215.00 | $27,000.00 | $0.00 |

**State Bank of Whittington SBW**
Creditor's Name

Describe the property that secures the claim:

**410 W. Matthews Sesser, IL 62884
Franklin County**

**200 N. Main Street
Benton, IL 62812**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Mohammad H. Ardehali**
　　　First Name　　Middle Name　　　　Last Name

Case number *(if know)* _____

Debtor 2   **Maliheh M. Ardehali**
　　　First Name　　Middle Name　　　　Last Name

| 2.4 1 | **State Bank of Whittington SBW** | | | | |
|---|---|---|---|---|---|

**State Bank of Whittington SBW**
Creditor's Name

Describe the property that secures the claim:　　　$14,215.00　　　$28,000.00　　　$0.00

> **405 W. Helen Sreet Christopher, IL 62822  Franklin County**

**200 N. Main Street
Benton, IL 62812**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.4 2 | **State Bank of Whittington SBW** | | | | |
|---|---|---|---|---|---|

**State Bank of Whittington SBW**
Creditor's Name

Describe the property that secures the claim:　　　$14,215.00　　　$28,000.00　　　$0.00

> **106 S. Locust Sesser, IL 62884 Franklin County**

**200 N. Main Street
Benton, IL 62812**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.4 3 | **State Bank of Whittington SBW** | | | | |
|---|---|---|---|---|---|

**State Bank of Whittington SBW**
Creditor's Name

Describe the property that secures the claim:　　　$14,215.00　　　$28,000.00　　　$0.00

> **604 E. Washington Christopher, IL 62822  Franklin County**

**200 N. Main Street
Benton, IL 62812**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____

Last 4 digits of account number _____

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 15 of 17

Debtor 1  **Mohammad H. Ardehali**

    First Name     Middle Name     Last Name

Debtor 2  **Maliheh M. Ardehali**

    First Name     Middle Name     Last Name

Case number (if know) _____

---

| 2.4 4 | **Toyota Financial Services** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**  $1,095.00  $5,500.00  $0.00

> 2012 Toyota Camry

**PO Box 5855
Carol Stream, IL
60197-5855**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset) **Car loan**

Date debt was incurred _____  **Last 4 digits of account number** _____

---

| 2.4 5 | **Trevor Pauling Association** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**  $5,400.00  $201,000.00  $4,500.00

> 103 Harbor Drive Oswego, IL 60543
> Kendall County for bldg 103

**Bldg 109, Harbor, Dr.
Oswego, IL 60543**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset) **Association lien**

Date debt was incurred _____  **Last 4 digits of account number** _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$1,425,150.60**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  **$1,425,150.60**

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code

**Peter E. Popit
Troutt, Popit & Warner
105 N. Main St. - PO Box 548
Benton, IL 62812**

On which line in Part 1 did you enter the creditor? **2.16**

Last 4 digits of account number **CH78**

---

Official Form 106D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 16 of 17

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Mohammad H. Ardehali** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Maliheh M. Ardehali** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**Peter E. Popit**
**Troutt, Popit & Warner**
**105 N. Main St. - PO Box 548**
**Benton, IL 62812**

On which line in Part 1 did you enter the creditor? __**2.17**__

Last 4 digits of account number __**CH78**__

---

☐ Name, Number, Street, City, State & Zip Code
**Peter E. Popit**
**Troutt, Popit & Warner, PC**
**105 N. Main - PO Box 548**
**Benton, IL 62812**

On which line in Part 1 did you enter the creditor? __**2.30**__

Last 4 digits of account number __**CH79;CH78**__

---

☐ Name, Number, Street, City, State & Zip Code
**Peter E. Popit**
**Troutt, Popit & Warner**
**105 N. Main St. - PO Box 548**
**Benton, IL 62812**

On which line in Part 1 did you enter the creditor? __**2.31**__

Last 4 digits of account number __**CH79**__

---

☐ Name, Number, Street, City, State & Zip Code
**Peter E. Popit**
**Troutt, Popit & Warner**
**105 N. Main St. - PO Box 548**
**Benton, IL 62812**

On which line in Part 1 did you enter the creditor? __**2.32**__

Last 4 digits of account number __**Ch79**__

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 17 of 17

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mohammad H. Ardehali** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Maliheh M. Ardehali** |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the
left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your
name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority
     unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
     than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of
     Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **Ameren Illinois** | Last 4 digits of account number _____ | $985.17 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 88034**                         When was the debt incurred?  _____
**Chicago, IL 60680-1034**
Number Street City State Zip Code        **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community  ☐ Student loans
   debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **Utility** _____

Debtor 1   **Mohammad H. Ardehali**
Debtor 2   **Maliheh M. Ardehali**

Case number (if know) _____

---

| 4.2 | **Ameren Illinois** | Last 4 digits of account number   **5243** | **$1,623.59** |

Nonpriority Creditor's Name
**c/o CCB Credit Services**
**5300 S. 6th St.**
**Springfield, IL 62703-5184**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility service**

---

| 4.3 | **American Express** | Last 4 digits of account number   **1002** | **$3,059.17** |

Nonpriority Creditor's Name
**c/o American Recovery Service Inc.**
**555 St. Charles Drive., Ste 100**
**Thousand Oaks, CA 91360-3983**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **open account**

---

| 4.4 | **American Express Blue** | Last 4 digits of account number   **1002** | **$19,729.00** |

Nonpriority Creditor's Name
**Box 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **open account**

---

Debtor 1    **Mohammad H. Ardehali**
Debtor 2    **Maliheh M. Ardehali**

Case number (if know) _____

| | |
|---|---|
| 4.5 | **American Express Centurion Bank** |

| | | |
|---|---|---|
| | Last 4 digits of account number    **0842** | **$5,166.08** |

Nonpriority Creditor's Name
**c/o Zwicker & Assoc., P.C.**
**7366 N. Lincoln Ave., Ste. 102**
**Lincolnwood, IL 60712**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Judgment entered**

---

| | |
|---|---|
| 4.6 | **Aspen Anesthesia PC** |

| | | |
|---|---|---|
| | Last 4 digits of account number    **3613** | **$179.17** |

Nonpriority Creditor's Name
**PO Box 4781**
**Hinsdale, IL 60522**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **medical services**

---

| | |
|---|---|
| 4.7 | **Associated Bank Premier Line** |

| | | |
|---|---|---|
| | Last 4 digits of account number    _____ | **$28,259.00** |

Nonpriority Creditor's Name
**PO Box 8872**
**Carol Stream, IL 60197**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Money loaned**

---

Debtor 1   **Mohammad H. Ardehali**
Debtor 2   **Maliheh M. Ardehali**

Case number (if know)

---

| 4.8 | **AT & T Universal - Citi** | Last 4 digits of account number | **0501** | **$2,025.00** |

Nonpriority Creditor's Name
**PO Box 6284**
**Sioux Falls, SD 57117-6284**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **open account**

Is the claim subject to offset?
■ No
☐ Yes

---

| 4.9 | **Bank of America** | Last 4 digits of account number | **0337** | **$51,754.00** |

Nonpriority Creditor's Name
**P.O. Box 851001**
**Dallas, TX 75285-1001**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **open account**

Is the claim subject to offset?
■ No
☐ Yes

---

| 4.10 | **Benton Water & Sawer Dept.** | Last 4 digits of account number | | **$689.55** |

Nonpriority Creditor's Name
**PO Box 640**
**Benton, IL 62812**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **open account for 204 N. Stuyvesat, Benton, IL**

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1   **Mohammad H. Ardehali**
Debtor 2   **Maliheh M. Ardehali**

Case number (if know) _____

---

**4.1
1**

| | |
|---|---|
| **Bertha Fredrickson** | **$3,360.00** |
| Nonpriority Creditor's Name | Last 4 digits of account number _____ |
| **11865 SW Tualatin Rd., #98** | |
| **Tualatin, OR 97062** | When was the debt incurred?  **12/2013 - 07/2014** |
| Number Street City State Zip Code | |

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

■ Debtor 1 and Debtor 2 only     ☐ Unliquidated

☐ At least one of the debtors and another   ■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **open account**

---

**4.1
2**

| | |
|---|---|
| **Brian Collins Heating & Air** | **$14,400.00** |
| Nonpriority Creditor's Name | Last 4 digits of account number _____ |
| **10603 Bencie Lane** | |
| **West Frankfort, IL 62896** | When was the debt incurred? |
| Number Street City State Zip Code | |

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

■ Debtor 1 and Debtor 2 only     ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **open account**

---

**4.1
3**

| | | |
|---|---|---|
| **Castle Bank** | Last 4 digits of account number  **9314** | **$689.00** |
| Nonpriority Creditor's Name | | |
| **c/o First Natl Bank of Omaha** | | |
| **PO Box 2557** | When was the debt incurred? | |
| **Omaha, NE 68103-2557** | | |
| Number Street City State Zip Code | | |

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

■ Debtor 1 and Debtor 2 only     ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **open account**

---

Debtor 1   **Mohammad H. Ardehali**
Debtor 2   **Maliheh M. Ardehali**

Case number *(if know)*

---

| 4.1 4 | **Chase** | Last 4 digits of account number | 5139 | $36,500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 78035**
**Phoenix, AZ 85062-8035**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **open account**

---

| 4.1 5 | **Chase Bank USA** | Last 4 digits of account number | 4718 | $11,407.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15123**
**Wilmington, DE 19850-5123**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **open account**

---

| 4.1 6 | **Chase Slate** | Last 4 digits of account number | 9558 | $873.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15123**
**Wilmington, DE 19850-5123**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **open account**

---

Debtor 1   **Mohammad H. Ardehali**
Debtor 2   **Maliheh M. Ardehali**

Case number (if know) _____

---

**4.17**

| | |
|---|---|
| **Citibank** | Last 4 digits of account number **0257** |
| Nonpriority Creditor's Name | |

**c/o Northland Group Inc.**
**P.O. Box 390905**
**Minneapolis, MN 55439**
Number Street City State Zip Code

**When was the debt incurred?** _____

$1,814.98

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **open accounts**

---

**4.18**

| | |
|---|---|
| **Citibank** | Last 4 digits of account number **8584** |
| Nonpriority Creditor's Name | |

**c/o Northland Group Inc.**
**P.O. Box 390905**
**Minneapolis, MN 55439**
Number Street City State Zip Code

**When was the debt incurred?** _____

$3,855.57

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Money loaned**

---

**4.19**

| | |
|---|---|
| **City of West Frankfort** | Last 4 digits of account number **0072;0073** |
| Nonpriority Creditor's Name | |

**110 N. Jefferson Street**
**West Frankfort, IL 62896**
Number Street City State Zip Code

**When was the debt incurred?** **1/23/16 and 7/30/2015**

$300.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **open account for property citations at 701 E. Oak St., Frankfort, IL**

---

Debtor 1  **Mohammad H. Ardehali**
Debtor 2  **Maliheh M. Ardehali**

Case number (if know) _____

| 4.2 0 | **City of West Sesser** | **Last 4 digits of account number** _____ | **$845.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**302 West Franklin Avenue**
**PO Box 517**
**Sesser, IL 62884**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **106 S. Locust**

---

| 4.2 1 | **Com Ed** | **Last 4 digits of account number** _____ | **$672.73** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 6111**
**Carol Stream, IL 60197-6111**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Utilities for 518 Hankes, Units A & B, Aurora, IL**

---

| 4.2 2 | **Comcast** | **Last 4 digits of account number** 0206;5596 | **$201.99** |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Credit Managment, LP**
**4200 International Pkwy**
**Carrollton, TX 75007-1912**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **open account**

---

Debtor 1  **Mohammad H. Ardehali**
Debtor 2  **Maliheh M. Ardehali**

Case number (if know) _____

---

| 4.2 3 | **Dave Andrews, Andrews Construction** | Last 4 digits of account number **C240** | $9,622.00 |

Nonpriority Creditor's Name
**c/o Barbara L. Woodcock, Attorney**
**905 N. Ct. St.**
**Marion, IL 62959-1631**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **open account**

---

| 4.2 4 | **Delta Management Assoc., Inc.** | Last 4 digits of account number _____ | $9,554.00 |

Nonpriority Creditor's Name
**PO Box 9191**
**Chelsea, MA 02150-9191**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student loan**

---

| 4.2 5 | **Diana Ardehali** | Last 4 digits of account number _____ | $37,000.00 |

Nonpriority Creditor's Name
**1825 Fox Medd Cir.**
**Montgomery, IL 60538**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **co-signor on foreclosure**
**518 Hankes Ave., Aurora, IL**

---

Debtor 1  **Mohammad H. Ardehali**
Debtor 2  **Maliheh M. Ardehali**

Case number (if know) _____

---

| 4.2 6 | | | |
|---|---|---|---|

**Dreyer Medical Clinic**
Nonpriority Creditor's Name
**PO Box 105173**
**Atlanta, GA 30348-5173**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  2398                    **$392.93**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical services**

---

| 4.2 7 | | | |
|---|---|---|---|

**Elite Dental Specialists**
Nonpriority Creditor's Name
**2124 Ogden Ave., Ste. 104**
**Aurora, IL 60504**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____       **$428.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical services**

---

| 4.2 8 | | | |
|---|---|---|---|

**Equity Trust Co.**
Nonpriority Creditor's Name
**Attn:  Fee Collection**
**PO Box 451219**
**Westlake, OH 44145**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  1957                    **$854.31**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1   **Mohammad H. Ardehali**
Debtor 2   **Maliheh M. Ardehali**

Case number (if know)

---

**4.29**

**Erie Insurance Exchange**

Nonpriority Creditor's Name

**c/o RMS**
**PO Box 361598**
**Columbus, OH 43236**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **x479;x602;x 252;761**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **open account**

$1,847.75

---

**4.30**

**FIA Card Services - Regions**

Nonpriority Creditor's Name

**P.O. Box 851001**
**Dallas, TX 75285-1001**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3816**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **open account**

$8,957.00

---

**4.31**

**First Bank Loan Servicing**

Nonpriority Creditor's Name

**PO Box 790269**
**Saint Louis, MO 63179-0269**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **money loaned**

$94,105.00

---

Debtor 1  **Mohammad H. Ardehali**
Debtor 2  **Maliheh M. Ardehali**

Case number (if know) _____

---

**4.3
2**

**Fox Valley Cardiovasclar Consultant**
Nonpriority Creditor's Name
**PO Box 4157**
**Aurora, IL 60507-4157**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0714;1473**                           **$57.08**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical services**

---

**4.3
3**

**Heartland Reg Med Center**
Nonpriority Creditor's Name
**Credit Control LLC**
**5757 Phantom Dr., Ste. 330**
**Hazelwood, MO 63042**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2860**                           **$51.26**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **open account**

---

**4.3
4**

**Illinois American Water**
Nonpriority Creditor's Name
**PO Box 94551**
**Palatine, IL 60094-4551**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   _____                           **$1,080.55**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **open account**

---

Debtor 1    **Mohammad H. Ardehali**
Debtor 2    **Maliheh M. Ardehali**

Case number (if know) _____

---

| 4.3 5 | | | |
|---|---|---|---|

**Linda Ardehali**

Nonpriority Creditor's Name

**825 N. Hudson, #2c**
**Chicago, IL 60610**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$73,664.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **open accoun**

---

| 4.3 6 | | | |
|---|---|---|---|

**Lowe's/Synchrony Bank**

Nonpriority Creditor's Name

**PO Box 530914**
**Atlanta, GA 30353-0914**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7782;4246**                    **$5,978.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **open accounts**

---

| 4.3 7 | | | |
|---|---|---|---|

**MBNA America N.A.**

Nonpriority Creditor's Name

**Bank of America**
**PO Box 851001**
**Dallas, TX 75285-1001**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3601**                    **$16,354.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **open account**

---

Debtor 1  **Mohammad H. Ardehali**
Debtor 2  **Maliheh M. Ardehali**

Case number (if know) _____

| 4.3 8 | **McVicker Excavating, Inc.** | **Last 4 digits of account number** _____ | **$1,985.00** |

Nonpriority Creditor's Name
**816 E. Clark Trail**
**Herrin, IL 62948**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **open account**

---

| 4.3 9 | **Murphy & Assoc., Ltd.** | **Last 4 digits of account number** _____ | **$3,150.00** |

Nonpriority Creditor's Name
**808 N. Lake St.**
**Aurora, IL 60506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **open account**

---

| 4.4 0 | **National Radiology Group** | **Last 4 digits of account number** 3278 | **$3.54** |

Nonpriority Creditor's Name
**Attn #5206X**
**Belfast, ME 04915-4033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical services**

Debtor 1  **Mohammad H. Ardehali**
Debtor 2  **Maliheh M. Ardehali**

Case number (*if know*) _____

---

| 4.4 1 | **Nicor Gas** | Last 4 digits of account number _____ | **$6,613.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 5407**
**Carol Stream, IL 60197-5407**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **Utilities for 518 Hankes, Units A & B, Aurora, IL**

---

| 4.4 2 | **PNC Bank** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 3429**
**Pittsburgh, PA 15230**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **open account**

---

| 4.4 3 | **PNC Bank - Visa** | Last 4 digits of account number  **1342** | **$6,669.97** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o SRA Associates, Inc.**
**401 Minnetonka Rd.**
**Hi Nella, NJ 08083**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify  **open account**

---

Debtor 1  **Mohammad H. Ardehali**
Debtor 2  **Maliheh M. Ardehali**

Case number (if know) _____

---

| 4.4 4 | | | |
|---|---|---|---|

**Quest Diagnostics**

Nonpriority Creditor's Name

**PO Box 740397**
**Cincinnati, OH 45274-0397**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  **84TA**  $96.32

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **medical services**

---

| 4.4 5 | | | |
|---|---|---|---|

**Rooter Man**

Nonpriority Creditor's Name

**PO Box 954**
**Marion, IL 62959**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____  $325.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **open account**

---

| 4.4 6 | | | |
|---|---|---|---|

**Rush-Copley Medical Center**

Nonpriority Creditor's Name

**c/o Medical Business Bureau, LLC**
**P.O. Box 1219**
**Park Ridge, IL 60068-7219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  **5954**  $84.84

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **medical services**

---

Debtor 1   **Mohammad H. Ardehali**
Debtor 2   **Maliheh M. Ardehali**

Case number (if know) _____

---

| 4.4 7 | **Thomas Trenching & Backhoe Services** | | **$1,771.38** |

Nonpriority Creditor's Name
**5568 Logan Road**
**West Frankfort, IL 62896**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **open account**

---

| 4.4 8 | **Tropic Sun Towers** | | **$866.42** |

Nonpriority Creditor's Name
**c/o Pinnacle Recovery, Inc.**
**PO Box 130848**
**Carlsbad, CA 92013**
Number Street City State Zip Code

Last 4 digits of account number   **3858**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Time share maintenance fee for time share at Tropic Sun Towers, Ormond Beach, FL**

---

| 4.4 9 | **Vacation Village at Parkway** | | **$1,684.00** |

Nonpriority Creditor's Name
**P.O. Box 350547**
**Fort Lauderdale, FL 33335-0547**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Maintenance fee for two timeshares at Arabian Nights, Fort Lauderdale**

---

Debtor 1 **Mohammad H. Ardehali**
Debtor 2 **Maliheh M. Ardehali**

Case number (if know) _____

---

**4.50**

**Walden Woods Condo Assoc.**
Nonpriority Creditor's Name
**c/o Vanguard Community Mgmt**
**50 E. Commera Dr.**
**Schaumburg, IL 60173**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Association fees for Unit 14, Bldg 1231, North Aurora, IL 60342**

---

**4.51**

**Walden Woods Condo Assoc.**
Nonpriority Creditor's Name
**c/o Vanguard Community Mgmt**
**50 E. Commera Dr.**
**Schaumburg, IL 60173**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Association fees for unit 2a and 2b, Bldg 2002 and 2004, Tall Oaks, Aurora, IL60505**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Ameren Illinois**
**206 E. Main St.**
**West Frankfort, IL 62896**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Dave Andrews**
**Andrews Construction, dba A-1 Bldgs**
**18869 Pittsburg Rd.**
**Marion, IL 62959**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **C240**

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 18 of 19

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Mohammad H. Ardehali**
Debtor 2    **Maliheh M. Ardehali**

Case number (if know) _____

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 9,554.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 462,030.35 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 471,584.35 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mohammad H. Ardehali** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Maliheh M. Ardehali** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Mohammad H. Ardehali**                    X **/s/ Maliheh M. Ardehali**
  **Mohammad H. Ardehali**                          **Maliheh M. Ardehali**
  Signature of Debtor 1                              Signature of Debtor 2

  Date  **July 14, 2017**                            Date  **July 14, 2017**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Mohammad H. Ardehali**
**Maliheh M. Ardehali**

Case No.

Debtor(s)

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:               **66**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 14, 2017**

**/s/ Mohammad H. Ardehali**
**Mohammad H. Ardehali**
Signature of Debtor

Date:   **July 14, 2017**

**/s/ Maliheh M. Ardehali**
**Maliheh M. Ardehali**
Signature of Debtor

.

Ameren Illinois
PO Box 88034
Chicago, IL 60680-1034


Ameren Illinois
c/o CCB Credit Services
5300 S. 6th St.
Springfield, IL 62703-5184


Ameren Illinois
206 E. Main St.
West Frankfort, IL 62896


American Express
c/o American Recovery Service Inc.
555 St. Charles Drive., Ste 100
Thousand Oaks, CA 91360-3983


American Express Blue
Box 0001
Los Angeles, CA 90096-8000


American Express Centurion Bank
c/o Zwicker & Assoc., P.C.
7366 N. Lincoln Ave., Ste. 102
Lincolnwood, IL 60712


Aspen Anesthesia PC
PO Box 4781
Hinsdale, IL 60522


Associated Bank Loan Svs Dpt.
PO Box 8879
Carol Stream, IL 60197-8879


Associated Bank Premier Line
PO Box 8872
Carol Stream, IL 60197


AT & T Universal - Citi
PO Box 6284
Sioux Falls, SD 57117-6284

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Benton Water & Sawer Dept.
PO Box 640
Benton, IL 62812

Bertha Fredrickson
11865 SW Tualatin Rd., #98
Tualatin, OR 97062

Brian Collins Heating & Air
10603 Bencie Lane
West Frankfort, IL 62896

Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

Castle Bank
c/o First Natl Bank of Omaha
PO Box 2557
Omaha, NE 68103-2557

Chase
PO Box 78035
Phoenix, AZ 85062-8035

Chase Bank USA
PO Box 15123
Wilmington, DE 19850-5123

Chase Slate
PO Box 15123
Wilmington, DE 19850-5123

Citibank
c/o Northland Group Inc.
P.O. Box 390905
Minneapolis, MN 55439

City of West Frankfort
110 N. Jefferson Street
West Frankfort, IL 62896

City of West Sesser
302 West Franklin Avenue
PO Box 517
Sesser, IL 62884


Com Ed
PO Box 6111
Carol Stream, IL 60197-6111


Comcast
c/o Credit Managment, LP
4200 International Pkwy
Carrollton, TX 75007-1912


Dave Andrews
Andrews Construction, dba A-1 Bldgs
18869 Pittsburg Rd.
Marion, IL 62959


Dave Andrews, Andrews Construction
c/o Barbara L. Woodcock, Attorney
905 N. Ct. St.
Marion, IL 62959-1631


Delta Management Assoc., Inc.
PO Box 9191
Chelsea, MA 02150-9191


Diana Ardehali
1825 Fox Medd Cir.
Montgomery, IL 60538


Dreyer Medical Clinic
PO Box 105173
Atlanta, GA 30348-5173


DuPage County Assessor's Office
421 N. County Farm Rd.
Wheaton, IL 60187


Elite Dental Specialists
2124 Ogden Ave., Ste. 104
Aurora, IL 60504

Equity Trust Co.
Attn:  Fee Collection
PO Box 451219
Westlake, OH 44145


Erie Insurance Exchange
c/o RMS
PO Box 361598
Columbus, OH 43236


FIA Card Services - Regions
P.O. Box 851001
Dallas, TX 75285-1001


First Bank Loan Servicing
PO Box 790269
Saint Louis, MO 63179-0269


First National Bank
PO Box 3803
Omaha, NE 68103-0803


Fox Valley Cardiovasclar Consultant
PO Box 4157
Aurora, IL 60507-4157


Franklin County Treasurer
PO Box 967
Benton, IL 62812


Heartland Reg Med Center
Credit Control LLC
5757 Phantom Dr., Ste. 330
Hazelwood, MO 63042


Home Comfort Systems
632 N. Pinecrest Rd.
Bolingbrook, IL 60440


Illinois American Water
PO Box 94551
Palatine, IL 60094-4551

Kendall County Assessor's Office
111 W. Fox Street
Yorkville, IL 60560


Lando Resorts Corp
2626 E. Oakland Park
Fort Lauderdale, FL 33306


Linda Ardehali
825 N. Hudson, #2c
Chicago, IL 60610


Lowe's/Synchrony Bank
PO Box 530914
Atlanta, GA 30353-0914


MBNA America N.A.
Bank of America
PO Box 851001
Dallas, TX 75285-1001


McVicker Excavating, Inc.
816 E. Clark Trail
Herrin, IL 62948


Murphy & Assoc., Ltd.
808 N. Lake St.
Aurora, IL 60506


National Radiology Group
Attn #5206X
Belfast, ME 04915-4033


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


Peter E. Popit
Troutt, Popit & Warner
105 N. Main St. - PO Box 548
Benton, IL 62812

Peter E. Popit
Troutt, Popit & Warner, PC
105 N. Main - PO Box 548
Benton, IL 62812


PNC Bank
PO Box 5570
Cleveland, OH 44101


PNC Bank
PO Box 3429
Pittsburgh, PA 15230


PNC Bank - Visa
c/o SRA Associates, Inc.
401 Minnetonka Rd.
Hi Nella, NJ 08083


Quest Diagnostics
PO Box 740397
Cincinnati, OH 45274-0397


Rooter Man
PO Box 954
Marion, IL 62959


Rush-Copley Medical Center
c/o Medical Business Bureau, LLC
P.O. Box 1219
Park Ridge, IL 60068-7219


Stadium View Condominium Assoc.
PO Box 121
North Aurora, IL 60542


State Bank of Whittington SBW
200 N. Main Street
Benton, IL 62812


Thomas Trenching & Backhoe Services
5568 Logan Road
West Frankfort, IL 62896

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197-5855


Trevor Pauling Association
Bldg 109, Harbor Dr.
Oswego, IL 60543


Tropic Sun Towers
c/o Pinnacle Recovery, Inc.
PO Box 130848
Carlsbad, CA 92013


Vacation Village at Parkway
P.O. Box 350547
Fort Lauderdale, FL 33335-0547


Walden Woods Condo Assoc.
c/o Vanguard Community Mgmt
50 E. Commera Dr.
Schaumburg, IL 60173